UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| *Plaintiff*, | * | Case No. 1:22-CR-310 (APM) |
| V. | * | |
| BILAAL BRIGGS, et al., | * | |
| *Defendants*. | * | |

**DEFENDANT BILAAL BRIGGS' REPLY IN SUPPORT OF
MOTION FOR PRETRIAL RELEASE**

We agree with the government that experts consider very small quantities of fentanyl to be lethal. We agree that unlawful fentanyl distribution, in general, poses a danger to the community – a grave danger, in fact. Those are different issues, though, than the forward-looking inquiry into the nature and seriousness of the danger *Mr. Briggs* will pose to the community if he is released. Mr. Briggs respectfully submits that the government does not show by clear and convincing evidence that no conditions of release exist that will reasonably ensure the safety of the community if he is released.

The government's opposition alleges that Mr. Briggs engaged in unlawful activity related to the conspiracy at the residence of his proposed custodian, mother Paulette Williams. Such allegations do not necessarily make Ms. Williams an unsuitable custodian. The Court ordered Mr. Briggs' codefendant, Laura Garvin, to be released to her father's custody, despite allegations that Ms. Garvin engaged in unlawful activity at his residence in connection with this case. To the best of the undersigned's knowledge, Ms. Garvin's time in her father's custody has been successful, *i.e.*, uneventful, so far. Ms. Williams represents that if Mr. Briggs is released to her custody, she will regard her obligations with the utmost seriousness.

Date: December 16, 2022                           Respectfully submitted,

                                                  */s/ Katherine Massey*
                                                  Katherine Massey (D.C. Bar No. 1601465)
                                                  Coburn and Greenbaum, PLLC
                                                  1710 Rhode Island Ave., NW
                                                  Second Floor
                                                  Washington, D.C. 20036
                                                  Tel. (951) 529-0103
                                                  Fax (866) 561-9712
                                                  katherine@coburngreenbaum.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of December, 2022, I caused a true and correct copy of the foregoing to be filed via the Court's electronic filing system, which shall service copies upon all counsel of record.


*/s/ Katherine Massey*
Katherine Massey